[Nos. 25873-7-I; 25875-3-I.   Division One.   July 1, 1991.]

*In the Matter of the Dependency of* D.S., ET AL.

THE STATE OF WASHINGTON, *Respondent, v.* TIMOTHY
SCHULTES, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 85-7-00519-6, Patricia H. Aitken, J., entered
March 15, 1990. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield and Kennedy, JJ.

[No. 27170-9-I.   Division One.   July 1, 1991.]

GARY A. WHITE, ET AL, *Appellants, v.* JAMES M.
SOLAEGUI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-05108-7, Ricardo S. Martinez, J., entered
October 9, 1990. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Forrest and Agid, JJ. Now
published in 62 Wn. App.

[No. 13278-8-II.   Division Two.   July 3, 1991.]

*In the Matter of the Marriage of* NANCY NEWTH
GREENFIELD, *Petitioner, and* GERALD Q.
GREENFIELD, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-3-03346-6, Rosanne Buckner, J., entered
September 15, 1989. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Alexander, J., con-
curred in by Morgan, J., Worswick, C.J., dissenting.